Exhibit B-1



# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP
## 2004 TECHNOLOGY CONFERENCE

## SEPTEMBER 8, 2004

Ed Braun
Chairman & CEO

Veeco

Solutions for a nanoscale world.

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

**Data Storage**　　　**Semiconductor**　　**Compound Semi/Wireless**　**Scientific Research**

   



**80 and 160 GB; microdrives**　　**90 and 65 nm; 300mm**　　**HB-LEDs, WiFi, camera cell phones**　　**Nanotech & Life Science**



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**



**ION BEAM DEPOSITION
EPITAXIAL DEPOSTION**



**ION BEAM ETCH**

**METROLOGY (IMAGE, MEASURE MANIPULATE)**



**ATOMIC FORCE MICROSCOPY
OPTICAL INTERFEROMETRY**

## MARKETS WE SERVE...

**1H '04 REVENUE ($197.4M;UP 42%)**



*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS



**PROCESS EQUIPMENT**

**METROLOGY**

IBE  PVD  IBD  MBE  MOVCD  PRECISION LAPPING

ATOMIC FORCE MICROSCOPY, OPTICAL PROFILOMETERS

**DATA STORAGE**

**SEMI/WIRELESS**

**SCIENTIFIC RESEARCH**

*USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS IN KEY MARKETS, AT KEY ACCOUNTS*



# SERVING INDUSTRY LEADERS

| <u>MARKETS</u> | <u>PRODUCTS</u> | <u>CUSTOMERS</u> |
|---|---|---|
| *Data Storage* | *#1 Equipment Supplier for TFMHs;*<br><br>*Etch, Deposition, Lapping and Metrology* |  |
| *Wireless & Compound Semi* | *<u>Only</u> Broad line Equipment and Metrology Supplier*<br><br>*MBE, MOCVD (Epitaxial Deposition) and Metrology* |  |
| *Semiconductor* | *#1 3D AFM Metrology*<br><br>*Automated Atomic Force Microscopy and Optical Profilers* |  |
| *Scientific Research* | *#1 AFMs, SPMs and Optical Profilers*<br><br>*Breadth of research solutions* |  |

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law          20nm feature size
  - Areal Density          1 Tb/in²
  - Large high resolution, high brightness color displays



# VEECO'S HISTORICAL FINANCIALS AND OUTLOOK

**2004 Forecast ...a revenue and earnings recovery year**



*Exclusive of non-recurring charges
Δ Street consensus ($M)

**SALES**

**EBITA**

- **Our Company was founded in 1990 with sales of $30 million and went public in 1994**
- **10 year revenue growth from $86M to $413M...+17% CG per year ('94-'04)**



# VEECO MULTI-MARKET GROWTH OPPORTUNITY

**Data Storage**     Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones)

**Semiconductor**     Complete 90nm, 300 mm ramp, development of 65nm, 45nm

**Wireless**     Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices

**Scientific Research**     Continued strength of research AFMs/SPMs

Nanoscience emerges (life sciences, material sciences genomics)

> *The content of Veeco's enabling technologies increases in new consumer applications*



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

*TiVo*



*HDD for DVR/DVT*

**+35.9% CAGR**
**'02-'08**

*GPS*



*HDD for GPS;*
*Auto Nav.*

**+61.4% CAGR**
**'02-'08**

**MP4 Video**

*These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs*



*HDD for Digital Cameras, Audio Players.*

**+33.6% CAGR**
**'02-'08**

**Wireless Mobile Consumer Products**

**Flat Panel Display Backlighting**

**+145.7% CAGR**
**'02-'08**



*LCDs Backlighting*

**+159.2% CAGR**
**'02-'08**

**HB-LED Headlights**



*LEDs…signs;mobile;*
*illumination*

**Home Media Server**

**+71.2% CAGR**
**'02-'08**



*HDDs for Home Networking*



**ORDERS**

*Orders doubled in 3 quarters*

- Q1 2003: $72.7
- Q2 2003: $64.0
- Q3 2003: $64.0
- Q4 2003: $96.8
- Q1 2004: $117
- Q2 2004: *$124.7M

2003 | 2004

**REVENUE**

*Revenue up 50% in 3 quarters*

- Q1 2003: $65.8
- Q2 2003: $73.4
- Q3 2003: $63.1
- Q4 2003: $76.9
- Q1 2004: $94.5
- Q2 2004: *$103M

2003 | 2004

**EBITA**

*EBITA triples in 3 quarters*

- Q1 2003: $3.0
- Q2 2003: $3.2
- Q3 2003: $3.3
- Q4 2003: $3.5
- Q1 2004: $7.5
- Q2 2004: *$9.3M

2003 | 2004

*Q2 Backlog increased to $164M*



10

# VEECO GROWTH OPPORTUNITY BY MARKET



* 2004 Analysts' Consensus
*** Veeco 2005 Assuming Growth Per Industry Forecast



# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION



MULTIPLE PRODUCTS

MULTIPLE MARKETS

MULTIPLE REGIONS

*Q2 2004 Sales $102.9M, up 40%*



SBC 090804-EHB

12





**MARKETS**



*There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.*





- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007

- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



# HOME OF THE (NEAR) FUTURE

## *By 2010 each household will own 10 HDD's\**

### Mobile Applications



**New Microdrive
(.85 dia.)**



**MP4 Video**

**Laptop**



**MP3 Music
(i.e., iPod)**



**Mobile Phone**



**Automobile
GPS Navigation**

### Home Applications



**Home Media Server**

**TiVo/DVR**

**Entertainment
Centers/PCs**

**Game (Xbox,
PlayStation, etc)**

\* Source: Hitachi Global Storage Technologies



# HARD DISK DRIVE GROWTH STORY
## *…opportunity for unit growth to double*





SBC 090804-EHB

# TFMH FORECASTED GROWTH (REVENUE AND UNITS) TO REACH RECORD LEVELS



*CE Examples*
- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*

**SBC 090804-EHB**



Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology





## TFMH Technology Changes Drive Capital Equipment Growth



**Microdrives**



**Slider Shrinks**



**Reader & Writer Development**





- Industry's broadest line of etch, deposition and metrology

- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships

- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order

- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions

- ***First half orders    $71.4M (up 45% vs '03)***
  ***revenue $67.0M (up 54% vs '03)***



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS



WAFER PROCESSES    ROWBAR/SLIDER PROCESSES    HGS, FINAL ASSY AND TEST



- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a "one-stop shop" for equipment

- Growth in camera/ cell phone applications.  Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008

- LED backlighting growth opportunity to include larger color display applications (mobile PC's and flat panel TV displays)

- New automotive applications, headlights, fog lights and instrument panel displays

- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders

- ***First half orders    $90.2M up 346% vs '03***
  ***revenue $45.2M up 145% vs '03***





Source: Samsung BLUE 2004

SBC 090804-EHB