UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.                :   Case No.: 7:05-md-01695 (CM)
SECURITIES LITIGATION                        :
---------------------------------------------------------- x
---------------------------------------------------------- x
THIS DOCUMENT RELATES TO                     :
ALL ACTIONS                                  :
---------------------------------------------------------- x

**DECLARATION OF PHYLLIS M. PARKER IN SUPPORT
OF LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER
SUPPORT OF MOTION TO COMPEL DEFENDANTS TO
PRODUCE ELECTRONIC DISCOVERY**

Phyllis M. Parker, hereby declares as follows:

I, Phyllis M. Parker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a lawyer in the law firm Berger & Montague, P.C., lead counsel for Lead Plaintiff in this litigation.

2. I submit this Declaration in support of Lead Plaintiff's Reply Memorandum of Law In Further Support of Motion to Compel Defendants to Produce Electronic Discovery.

3. Attached hereto as Exhibit A is a true and correct copy of the transcript of the conference before Honorable Colleen McMahon and Honorable George A. Yanthis held on February 23, 2007.

Dated: March 6, 2007

Phyllis M. Parker