UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :    Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
---------------------------------------------------------- x
---------------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
---------------------------------------------------------- x

**EXHIBIT A TO DECLARATION OF PHYLLIS M. PARKER IN SUPPORT
OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
<u>LEAD PLAINTIFF'S FIRST MOTION IN *LIMINE*</u>**

**FILED UNDER SEAL PURSUANT TO
CONFIDENTIAL ORDER DATE MAY 16, 2006**