UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE VEECO INSTRUMENTS INC. :
SECURITIES LITIGATION : 05 MD 1695 (CM)(GAY)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF JENNIFER C. HALTER IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO PRECLUDE ARGUMENT RELATING TO
ALLEGATIONS FOR WHICH PLAINTIFFS HAVE ADDUCED NO EVIDENCE**

(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY
ORDER DATED MAY 16, 2006)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco Instruments Inc.,
Edward H. Braun, John F. Rein, Jr. and John P.
Kiernan*

June 6, 2007

JENNIFER C. HALTER declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a lawyer with the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan in this action.

2. Attached hereto as Exhibits are true and correct copies of the following:

| **Exhibit No.** | **Description** |
| --- | --- |
| A | Excerpts from the deposition transcript of Bruce Huff, dated Dec. 20, 2006. |
| B | Email from Rosa Tan, dated Sept. 30, 2004 (VECO 0103797-98) |
| C | Email from Cathy Cantasano, dated Sept. 29, 2004 (VECO 0512477) |
| D | Revenue Spreadsheet (VECO 0122826) |
| E | Email from Cathy Cantasano, dated Sept. 21, 2004 (VECO 0018537-38) |
| F | Spreadsheet (VECO 0097788) |
| G | Excerpts from the deposition of David Hopmann, dated Mar. 21, 2007. |
| H | Excerpt from Expert Report of Vinita M. Juneja, Ph.D., dated Apr. 20, 2007 |
| I | Internal Audit Report, dated Mar. 15, 2005 (VECO 0512074-84) |
| J | Lead Plaintiff Steelworkers Pension Trust's Reponses and Objections to Defendant Veeco Instrument [sic] Inc.'s First Set of Interrogatories Nos. 1-9 and 14-15 to Lead Plaintiff, dated Apr. 5, 2007 |

K                                  Excerpts from the deposition transcript of Bruce
                                   Huff, dated Feb. 9, 2007

Executed on June 6, 2007

*Jennifer Halter* (signature)
Jennifer C. Halter