# Exhibit 2

## Exhibit 4
### Veeco Instruments, Inc.
### Stock Price, Volume, and Return Data

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 4/24/2003 | 16.08 | 356,865 | |
| 4/25/2003 | 15.33 | 485,140 | -4.78% |
| 4/28/2003 | 16.38 | 551,892 | 6.62% |
| 4/29/2003 | 16.24 | 560,385 | -0.86% |
| 4/30/2003 | 16.14 | 316,047 | -0.62% |
| 5/1/2003 | 15.90 | 199,700 | -1.50% |
| 5/2/2003 | 16.51 | 279,720 | 3.76% |
| 5/5/2003 | 16.51 | 416,874 | 0.00% |
| 5/6/2003 | 16.24 | 441,769 | -1.65% |
| 5/7/2003 | 16.74 | 280,753 | 3.03% |
| 5/8/2003 | 16.43 | 132,591 | -1.87% |
| 5/9/2003 | 16.95 | 233,743 | 3.12% |
| 5/12/2003 | 18.30 | 1,158,298 | 7.66% |
| 5/13/2003 | 18.49 | 863,252 | 1.03% |
| 5/14/2003 | 18.51 | 594,164 | 0.11% |
| 5/15/2003 | 19.40 | 1,035,449 | 4.70% |
| 5/16/2003 | 18.69 | 482,628 | -3.73% |
| 5/19/2003 | 17.68 | 334,150 | -5.56% |
| 5/20/2003 | 17.61 | 254,527 | -0.40% |
| 5/21/2003 | 17.41 | 283,934 | -1.14% |
| 5/22/2003 | 18.03 | 291,324 | 3.50% |
| 5/23/2003 | 18.06 | 191,109 | 0.17% |
| 5/27/2003 | 19.04 | 291,693 | 5.28% |
| 5/28/2003 | 18.88 | 226,611 | -0.84% |
| 5/29/2003 | 18.65 | 487,613 | -1.23% |
| 5/30/2003 | 19.27 | 685,973 | 3.27% |
| 6/2/2003 | 19.05 | 342,122 | -1.15% |
| 6/3/2003 | 18.95 | 492,995 | -0.53% |
| 6/4/2003 | 19.45 | 368,132 | 2.60% |
| 6/5/2003 | 20.35 | 414,776 | 4.52% |
| 6/6/2003 | 19.80 | 480,539 | -2.74% |
| 6/9/2003 | 18.99 | 223,136 | -4.18% |
| 6/10/2003 | 18.50 | 543,173 | -2.61% |
| 6/11/2003 | 18.87 | 368,571 | 1.98% |
| 6/12/2003 | 19.05 | 376,500 | 0.95% |
| 6/13/2003 | 18.28 | 234,335 | -4.13% |
| 6/16/2003 | 18.48 | 347,207 | 1.09% |
| 6/17/2003 | 18.62 | 375,225 | 0.75% |
| 6/18/2003 | 18.94 | 375,033 | 1.70% |
| 6/19/2003 | 18.56 | 192,100 | -2.02% |
| 6/20/2003 | 17.80 | 640,930 | -4.19% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 6/23/2003 | 16.75 | 559,125 | -6.08% |
| 6/24/2003 | 16.83 | 443,620 | 0.48% |
| 6/25/2003 | 16.93 | 243,517 | 0.59% |
| 6/26/2003 | 17.30 | 364,791 | 2.16% |
| 6/27/2003 | 17.28 | 256,675 | -0.12% |
| 6/30/2003 | 17.03 | 286,478 | -1.46% |
| 7/1/2003 | 17.23 | 332,370 | 1.17% |
| 7/2/2003 | 17.68 | 251,696 | 2.58% |
| 7/3/2003 | 17.31 | 214,789 | -2.11% |
| 7/7/2003 | 18.00 | 429,071 | 3.91% |
| 7/8/2003 | 18.86 | 317,627 | 4.67% |
| 7/9/2003 | 18.99 | 435,591 | 0.69% |
| 7/10/2003 | 18.44 | 164,503 | -2.94% |
| 7/11/2003 | 18.42 | 156,670 | -0.11% |
| 7/14/2003 | 19.63 | 432,889 | 6.36% |
| 7/15/2003 | 20.05 | 503,595 | 2.12% |
| 7/16/2003 | 19.75 | 344,457 | -1.51% |
| 7/17/2003 | 18.41 | 584,430 | -7.03% |
| 7/18/2003 | 19.05 | 249,376 | 3.42% |
| 7/21/2003 | 18.79 | 268,969 | -1.37% |
| 7/22/2003 | 19.52 | 320,513 | 3.81% |
| 7/23/2003 | 20.19 | 439,351 | 3.37% |
| 7/24/2003 | 20.10 | 538,405 | -0.47% |
| 7/25/2003 | 20.23 | 318,527 | 0.67% |
| 7/28/2003 | 20.50 | 388,413 | 1.33% |
| 7/29/2003 | 19.07 | 1,297,481 | -7.23% |
| 7/30/2003 | 18.70 | 960,591 | -1.96% |
| 7/31/2003 | 18.90 | 517,464 | 1.06% |
| 8/1/2003 | 18.46 | 437,461 | -2.36% |
| 8/4/2003 | 18.44 | 285,445 | -0.11% |
| 8/5/2003 | 18.01 | 176,045 | -2.36% |
| 8/6/2003 | 17.97 | 220,588 | -0.22% |
| 8/7/2003 | 17.91 | 158,500 | -0.33% |
| 8/8/2003 | 17.55 | 192,606 | -2.03% |
| 8/11/2003 | 18.01 | 132,746 | 2.59% |
| 8/12/2003 | 18.55 | 146,904 | 2.95% |
| 8/13/2003 | 19.07 | 218,576 | 2.76% |
| 8/14/2003 | 19.08 | 157,210 | 0.05% |
| 8/15/2003 | 19.06 | 77,870 | -0.10% |
| 8/18/2003 | 20.22 | 264,256 | 5.91% |
| 8/19/2003 | 20.16 | 264,689 | -0.30% |
| 8/20/2003 | 20.61 | 371,715 | 2.21% |
| 8/21/2003 | 21.34 | 579,043 | 3.48% |
| 8/22/2003 | 20.93 | 795,447 | -1.94% |
| 8/25/2003 | 20.85 | 187,148 | -0.38% |
| 8/26/2003 | 20.50 | 391,770 | -1.69% |
| 8/27/2003 | 20.85 | 485,767 | 1.69% |
| 8/28/2003 | 21.33 | 225,074 | 2.28% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 8/29/2003 | 21.35 | 131,745 | 0.09% |
| 9/2/2003 | 22.50 | 455,655 | 5.25% |
| 9/3/2003 | 22.28 | 547,269 | -0.98% |
| 9/4/2003 | 22.52 | 339,187 | 1.07% |
| 9/5/2003 | 22.00 | 467,452 | -2.34% |
| 9/8/2003 | 23.95 | 1,571,695 | 8.50% |
| 9/9/2003 | 23.42 | 503,054 | -2.24% |
| 9/10/2003 | 22.40 | 519,127 | -4.45% |
| 9/11/2003 | 22.29 | 370,353 | -0.49% |
| 9/12/2003 | 22.47 | 275,386 | 0.80% |
| 9/15/2003 | 22.61 | 315,995 | 0.62% |
| 9/16/2003 | 23.06 | 471,835 | 1.97% |
| 9/17/2003 | 23.26 | 303,623 | 0.86% |
| 9/18/2003 | 23.14 | 253,889 | -0.52% |
| 9/19/2003 | 22.65 | 223,845 | -2.14% |
| 9/22/2003 | 21.92 | 490,426 | -3.28% |
| 9/23/2003 | 22.50 | 324,782 | 2.61% |
| 9/24/2003 | 21.40 | 395,895 | -5.01% |
| 9/25/2003 | 20.29 | 782,790 | -5.33% |
| 9/26/2003 | 19.69 | 529,582 | -3.00% |
| 9/29/2003 | 20.30 | 504,528 | 3.05% |
| 9/30/2003 | 19.95 | 359,065 | -1.74% |
| 10/1/2003 | 20.92 | 675,863 | 4.75% |
| 10/2/2003 | 21.83 | 712,932 | 4.26% |
| 10/3/2003 | 22.40 | 654,503 | 2.58% |
| 10/6/2003 | 22.43 | 352,962 | 0.13% |
| 10/7/2003 | 22.41 | 552,940 | -0.09% |
| 10/8/2003 | 21.99 | 289,915 | -1.89% |
| 10/9/2003 | 22.25 | 492,208 | 1.18% |
| 10/10/2003 | 22.18 | 391,354 | -0.32% |
| 10/13/2003 | 23.10 | 635,773 | 4.06% |
| 10/14/2003 | 24.01 | 490,062 | 3.86% |
| 10/15/2003 | 25.09 | 1,278,731 | 4.40% |
| 10/16/2003 | 27.06 | 1,163,965 | 7.56% |
| 10/17/2003 | 25.67 | 639,969 | -5.27% |
| 10/20/2003 | 26.13 | 345,131 | 1.78% |
| 10/21/2003 | 27.02 | 531,378 | 3.35% |
| 10/22/2003 | 26.31 | 512,330 | -2.66% |
| 10/23/2003 | 25.62 | 1,133,372 | -2.66% |
| 10/24/2003 | 25.49 | 986,099 | -0.51% |
| 10/27/2003 | 25.08 | 1,838,156 | -1.62% |
| 10/28/2003 | 24.50 | 1,636,331 | -2.34% |
| 10/29/2003 | 25.27 | 774,772 | 3.09% |
| 10/30/2003 | 25.68 | 680,621 | 1.61% |
| 10/31/2003 | 25.30 | 639,064 | -1.49% |
| 11/3/2003 | 26.39 | 381,769 | 4.22% |
| 11/4/2003 | 27.00 | 822,511 | 2.29% |
| 11/5/2003 | 26.82 | 454,945 | -0.67% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 11/6/2003 | 26.98 | 689,198 | 0.59% |
| 11/7/2003 | 26.93 | 305,727 | -0.19% |
| 11/10/2003 | 26.25 | 235,703 | -2.56% |
| 11/11/2003 | 25.93 | 331,475 | -1.23% |
| 11/12/2003 | 27.33 | 414,264 | 5.26% |
| 11/13/2003 | 27.41 | 424,228 | 0.29% |
| 11/14/2003 | 26.27 | 387,345 | -4.25% |
| 11/17/2003 | 26.10 | 364,214 | -0.65% |
| 11/18/2003 | 25.90 | 466,607 | -0.77% |
| 11/19/2003 | 26.90 | 452,936 | 3.79% |
| 11/20/2003 | 28.66 | 1,375,637 | 6.34% |
| 11/21/2003 | 28.65 | 562,846 | -0.03% |
| 11/24/2003 | 29.33 | 471,019 | 2.35% |
| 11/25/2003 | 29.20 | 591,168 | -0.44% |
| 11/26/2003 | 29.07 | 803,770 | -0.45% |
| 11/28/2003 | 29.50 | 111,906 | 1.47% |
| 12/1/2003 | 29.41 | 351,625 | -0.31% |
| 12/2/2003 | 29.19 | 302,108 | -0.75% |
| 12/3/2003 | 28.68 | 462,517 | -1.76% |
| 12/4/2003 | 27.98 | 508,081 | -2.47% |
| 12/5/2003 | 26.90 | 563,431 | -3.94% |
| 12/8/2003 | 26.75 | 376,906 | -0.56% |
| 12/9/2003 | 25.48 | 509,455 | -4.86% |
| 12/10/2003 | 25.75 | 360,282 | 1.05% |
| 12/11/2003 | 27.07 | 374,310 | 5.00% |
| 12/12/2003 | 27.61 | 473,092 | 1.98% |
| 12/15/2003 | 26.90 | 971,182 | -2.61% |
| 12/16/2003 | 26.68 | 410,134 | -0.82% |
| 12/17/2003 | 26.35 | 160,206 | -1.24% |
| 12/18/2003 | 27.44 | 253,627 | 4.05% |
| 12/19/2003 | 27.10 | 382,806 | -1.25% |
| 12/22/2003 | 27.45 | 199,155 | 1.28% |
| 12/23/2003 | 28.00 | 188,664 | 1.98% |
| 12/24/2003 | 27.60 | 128,852 | -1.45% |
| 12/26/2003 | 28.12 | 116,124 | 1.88% |
| 12/29/2003 | 28.73 | 291,659 | 2.15% |
| 12/30/2003 | 28.79 | 268,116 | 0.21% |
| 12/31/2003 | 28.16 | 243,853 | -2.21% |
| 1/2/2004 | 28.35 | 254,259 | 0.67% |
| 1/5/2004 | 30.78 | 676,016 | 8.22% |
| 1/6/2004 | 31.20 | 753,862 | 1.36% |
| 1/7/2004 | 30.92 | 899,704 | -0.90% |
| 1/8/2004 | 31.25 | 496,717 | 1.06% |
| 1/9/2004 | 30.76 | 541,966 | -1.58% |
| 1/12/2004 | 31.06 | 427,401 | 0.97% |
| 1/13/2004 | 30.80 | 652,104 | -0.84% |
| 1/14/2004 | 30.86 | 250,366 | 0.19% |
| 1/15/2004 | 30.90 | 438,602 | 0.13% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 1/16/2004 | 32.83 | 1,900,797 | 6.06% |
| 1/20/2004 | 34.01 | 1,114,205 | 3.53% |
| 1/21/2004 | 33.19 | 635,944 | -2.44% |
| 1/22/2004 | 31.84 | 608,204 | -4.15% |
| 1/23/2004 | 32.76 | 897,482 | 2.85% |
| 1/26/2004 | 31.24 | 1,647,358 | -4.75% |
| 1/27/2004 | 31.56 | 762,451 | 1.02% |
| 1/28/2004 | 30.40 | 809,304 | -3.74% |
| 1/29/2004 | 29.10 | 1,244,936 | -4.37% |
| 1/30/2004 | 30.10 | 557,620 | 3.38% |
| 2/2/2004 | 29.80 | 682,600 | -1.00% |
| 2/3/2004 | 28.72 | 626,137 | -3.69% |
| 2/4/2004 | 27.20 | 806,520 | -5.44% |
| 2/5/2004 | 27.44 | 887,242 | 0.88% |
| 2/6/2004 | 30.49 | 2,056,051 | 10.54% |
| 2/9/2004 | 31.86 | 1,221,210 | 4.40% |
| 2/10/2004 | 31.83 | 1,253,775 | -0.09% |
| 2/11/2004 | 32.08 | 571,922 | 0.78% |
| 2/12/2004 | 32.56 | 721,851 | 1.49% |
| 2/13/2004 | 32.00 | 483,004 | -1.73% |
| 2/17/2004 | 32.59 | 676,848 | 1.83% |
| 2/18/2004 | 32.91 | 505,207 | 0.98% |
| 2/19/2004 | 31.99 | 644,782 | -2.84% |
| 2/20/2004 | 31.23 | 720,394 | -2.40% |
| 2/23/2004 | 30.00 | 738,743 | -4.02% |
| 2/24/2004 | 29.67 | 587,890 | -1.11% |
| 2/25/2004 | 29.39 | 829,187 | -0.95% |
| 2/26/2004 | 29.77 | 573,059 | 1.28% |
| 2/27/2004 | 29.17 | 566,980 | -2.04% |
| 3/1/2004 | 30.24 | 438,084 | 3.60% |
| 3/2/2004 | 30.34 | 602,289 | 0.33% |
| 3/3/2004 | 29.70 | 329,386 | -2.13% |
| 3/4/2004 | 30.18 | 227,364 | 1.60% |
| 3/5/2004 | 29.68 | 272,872 | -1.67% |
| 3/8/2004 | 28.60 | 532,406 | -3.71% |
| 3/9/2004 | 27.66 | 603,309 | -3.34% |
| 3/10/2004 | 26.70 | 749,216 | -3.53% |
| 3/11/2004 | 26.25 | 903,458 | -1.70% |
| 3/12/2004 | 27.02 | 325,174 | 2.89% |
| 3/15/2004 | 25.80 | 563,518 | -4.62% |
| 3/16/2004 | 25.59 | 897,370 | -0.82% |
| 3/17/2004 | 26.59 | 555,614 | 3.83% |
| 3/18/2004 | 26.72 | 595,992 | 0.49% |
| 3/19/2004 | 25.83 | 400,894 | -3.39% |
| 3/22/2004 | 24.90 | 554,246 | -3.67% |
| 3/23/2004 | 25.33 | 1,165,301 | 1.71% |
| 3/24/2004 | 25.65 | 633,146 | 1.26% |
| 3/25/2004 | 28.12 | 2,042,967 | 9.19% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 3/26/2004 | 27.93 | 629,991 | -0.68% |
| 3/29/2004 | 28.24 | 538,850 | 1.10% |
| 3/30/2004 | 28.25 | 399,605 | 0.04% |
| 3/31/2004 | 28.06 | 434,896 | -0.67% |
| 4/1/2004 | 29.83 | 1,074,653 | 6.12% |
| 4/2/2004 | 30.74 | 835,546 | 3.01% |
| 4/5/2004 | 31.50 | 578,682 | 2.44% |
| 4/6/2004 | 30.85 | 802,183 | -2.09% |
| 4/7/2004 | 30.99 | 518,422 | 0.45% |
| 4/8/2004 | 30.71 | 405,056 | -0.91% |
| 4/12/2004 | 30.73 | 444,126 | 0.07% |
| 4/13/2004 | 29.80 | 435,957 | -3.07% |
| 4/14/2004 | 29.37 | 605,229 | -1.45% |
| 4/15/2004 | 28.15 | 1,006,672 | -4.24% |
| 4/16/2004 | 27.65 | 524,035 | -1.80% |
| 4/19/2004 | 27.97 | 408,505 | 1.15% |
| 4/20/2004 | 27.40 | 402,388 | -2.06% |
| 4/21/2004 | 27.98 | 521,869 | 2.09% |
| 4/22/2004 | 26.84 | 1,135,344 | -4.16% |
| 4/23/2004 | 27.43 | 612,347 | 2.17% |
| 4/26/2004 | 26.74 | 1,568,431 | -2.55% |
| 4/27/2004 | 25.44 | 1,423,312 | -4.98% |
| 4/28/2004 | 25.13 | 814,387 | -1.23% |
| 4/29/2004 | 23.35 | 1,577,830 | -7.35% |
| 4/30/2004 | 22.75 | 992,925 | -2.60% |
| 5/3/2004 | 23.28 | 996,048 | 2.30% |
| 5/4/2004 | 23.97 | 661,934 | 2.92% |
| 5/5/2004 | 24.10 | 386,628 | 0.54% |
| 5/6/2004 | 23.98 | 520,219 | -0.50% |
| 5/7/2004 | 24.00 | 630,697 | 0.08% |
| 5/10/2004 | 23.77 | 783,074 | -0.96% |
| 5/11/2004 | 24.83 | 521,896 | 4.36% |
| 5/12/2004 | 24.46 | 699,795 | -1.50% |
| 5/13/2004 | 24.00 | 450,368 | -1.90% |
| 5/14/2004 | 23.81 | 276,336 | -0.79% |
| 5/17/2004 | 23.19 | 303,352 | -2.64% |
| 5/18/2004 | 23.65 | 255,866 | 1.96% |
| 5/19/2004 | 23.54 | 594,442 | -0.47% |
| 5/20/2004 | 23.55 | 458,526 | 0.04% |
| 5/21/2004 | 24.05 | 535,247 | 2.10% |
| 5/24/2004 | 24.35 | 292,198 | 1.24% |
| 5/25/2004 | 25.29 | 590,729 | 3.79% |
| 5/26/2004 | 25.98 | 585,176 | 2.69% |
| 5/27/2004 | 25.60 | 626,319 | -1.47% |
| 5/28/2004 | 25.83 | 301,528 | 0.89% |
| 6/1/2004 | 26.11 | 344,423 | 1.08% |
| 6/2/2004 | 25.32 | 398,903 | -3.07% |
| 6/3/2004 | 24.38 | 381,137 | -3.78% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 6/4/2004 | 25.22 | 309,948 | 3.39% |
| 6/7/2004 | 26.02 | 279,063 | 3.12% |
| 6/8/2004 | 26.31 | 511,013 | 1.11% |
| 6/9/2004 | 25.41 | 674,559 | -3.48% |
| 6/10/2004 | 24.89 | 474,504 | -2.07% |
| 6/14/2004 | 24.30 | 448,997 | -2.40% |
| 6/15/2004 | 25.00 | 315,943 | 2.84% |
| 6/16/2004 | 24.47 | 605,777 | -2.14% |
| 6/17/2004 | 23.72 | 392,282 | -3.11% |
| 6/18/2004 | 23.59 | 592,129 | -0.55% |
| 6/21/2004 | 23.45 | 340,605 | -0.60% |
| 6/22/2004 | 24.02 | 484,875 | 2.40% |
| 6/23/2004 | 24.77 | 538,407 | 3.07% |
| 6/24/2004 | 24.51 | 402,789 | -1.06% |
| 6/25/2004 | 25.19 | 537,321 | 2.74% |
| 6/28/2004 | 24.46 | 375,745 | -2.94% |
| 6/29/2004 | 25.40 | 440,152 | 3.77% |
| 6/30/2004 | 25.81 | 395,967 | 1.60% |
| 7/1/2004 | 24.72 | 458,126 | -4.31% |
| 7/2/2004 | 23.46 | 649,259 | -5.23% |
| 7/6/2004 | 22.50 | 894,711 | -4.18% |
| 7/7/2004 | 22.30 | 451,134 | -0.89% |
| 7/8/2004 | 22.03 | 510,076 | -1.22% |
| 7/9/2004 | 22.19 | 314,706 | 0.72% |
| 7/12/2004 | 21.25 | 854,325 | -4.33% |
| 7/13/2004 | 21.35 | 258,556 | 0.47% |
| 7/14/2004 | 20.64 | 662,985 | -3.38% |
| 7/15/2004 | 21.67 | 732,881 | 4.87% |
| 7/16/2004 | 21.08 | 404,739 | -2.76% |
| 7/19/2004 | 21.42 | 317,847 | 1.60% |
| 7/20/2004 | 21.93 | 357,646 | 2.35% |
| 7/21/2004 | 20.67 | 580,699 | -5.92% |
| 7/22/2004 | 21.34 | 718,034 | 3.19% |
| 7/23/2004 | 20.15 | 581,128 | -5.74% |
| 7/26/2004 | 20.38 | 1,176,514 | 1.13% |
| 7/27/2004 | 21.36 | 841,451 | 4.70% |
| 7/28/2004 | 20.85 | 605,804 | -2.42% |
| 7/29/2004 | 21.80 | 483,614 | 4.46% |
| 7/30/2004 | 22.75 | 641,192 | 4.27% |
| 8/2/2004 | 22.50 | 341,409 | -1.10% |
| 8/3/2004 | 21.60 | 339,735 | -4.08% |
| 8/4/2004 | 21.51 | 516,106 | -0.42% |
| 8/5/2004 | 21.54 | 315,242 | 0.14% |
| 8/6/2004 | 20.30 | 425,605 | -5.93% |
| 8/9/2004 | 19.97 | 434,801 | -1.64% |
| 8/10/2004 | 20.59 | 425,228 | 3.06% |
| 8/11/2004 | 19.56 | 866,124 | -5.13% |
| 8/12/2004 | 18.75 | 428,505 | -4.23% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 8/13/2004 | 18.69 | 365,838 | -0.32% |
| 8/16/2004 | 19.50 | 394,584 | 4.24% |
| 8/17/2004 | 19.68 | 342,978 | 0.92% |
| 8/18/2004 | 20.62 | 315,866 | 4.67% |
| 8/19/2004 | 20.16 | 328,537 | -2.26% |
| 8/20/2004 | 20.06 | 457,974 | -0.50% |
| 8/23/2004 | 20.38 | 536,847 | 1.58% |
| 8/24/2004 | 19.97 | 329,844 | -2.03% |
| 8/25/2004 | 20.12 | 255,303 | 0.75% |
| 8/26/2004 | 19.95 | 219,551 | -0.85% |
| 8/27/2004 | 19.95 | 181,725 | 0.00% |
| 8/30/2004 | 19.21 | 207,278 | -3.78% |
| 8/31/2004 | 19.36 | 324,307 | 0.78% |
| 9/1/2004 | 19.46 | 387,109 | 0.52% |
| 9/2/2004 | 19.70 | 255,183 | 1.23% |
| 9/3/2004 | 19.15 | 411,763 | -2.83% |
| 9/7/2004 | 19.29 | 229,266 | 0.73% |
| 9/8/2004 | 19.24 | 319,736 | -0.26% |
| 9/9/2004 | 20.19 | 518,575 | 4.82% |
| 9/10/2004 | 21.45 | 599,305 | 6.05% |
| 9/13/2004 | 21.87 | 695,300 | 1.94% |
| 9/14/2004 | 21.84 | 270,232 | -0.14% |
| 9/15/2004 | 20.96 | 324,287 | -4.11% |
| 9/16/2004 | 20.77 | 534,419 | -0.91% |
| 9/17/2004 | 20.94 | 312,943 | 0.82% |
| 9/20/2004 | 21.32 | 358,028 | 1.80% |
| 9/21/2004 | 21.24 | 257,740 | -0.38% |
| 9/22/2004 | 20.57 | 295,375 | -3.21% |
| 9/23/2004 | 20.82 | 235,029 | 1.21% |
| 9/24/2004 | 20.45 | 353,324 | -1.79% |
| 9/27/2004 | 20.49 | 418,697 | 0.20% |
| 9/28/2004 | 20.82 | 355,291 | 1.60% |
| 9/29/2004 | 21.16 | 266,959 | 1.62% |
| 9/30/2004 | 20.97 | 221,321 | -0.90% |
| 10/1/2004 | 21.93 | 307,136 | 4.48% |
| 10/4/2004 | 22.63 | 449,204 | 3.14% |
| 10/5/2004 | 22.28 | 393,481 | -1.56% |
| 10/6/2004 | 22.16 | 234,987 | -0.54% |
| 10/7/2004 | 22.73 | 639,124 | 2.54% |
| 10/8/2004 | 21.87 | 742,404 | -3.86% |
| 10/11/2004 | 22.16 | 270,365 | 1.32% |
| 10/12/2004 | 21.83 | 351,585 | -1.50% |
| 10/13/2004 | 19.60 | 2,231,003 | -10.78% |
| 10/14/2004 | 17.89 | 1,347,356 | -9.13% |
| 10/15/2004 | 17.59 | 668,635 | -1.69% |
| 10/18/2004 | 18.13 | 1,159,460 | 3.02% |
| 10/19/2004 | 18.33 | 802,389 | 1.10% |
| 10/20/2004 | 18.04 | 699,633 | -1.59% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 10/21/2004 | 18.81 | 719,884 | 4.18% |
| 10/22/2004 | 18.39 | 560,120 | -2.26% |
| 10/25/2004 | 18.71 | 409,111 | 1.73% |
| 10/26/2004 | 18.69 | 494,705 | -0.11% |
| 10/27/2004 | 19.28 | 666,936 | 3.11% |
| 10/28/2004 | 19.88 | 655,246 | 3.06% |
| 10/29/2004 | 19.54 | 442,196 | -1.73% |
| 11/1/2004 | 19.61 | 306,795 | 0.36% |
| 11/2/2004 | 19.72 | 256,699 | 0.56% |
| 11/3/2004 | 19.71 | 303,465 | -0.05% |
| 11/4/2004 | 19.71 | 381,448 | 0.00% |
| 11/5/2004 | 19.91 | 338,281 | 1.01% |
| 11/8/2004 | 19.75 | 510,022 | -0.81% |
| 11/9/2004 | 19.48 | 479,028 | -1.38% |
| 11/10/2004 | 19.09 | 374,443 | -2.05% |
| 11/11/2004 | 19.55 | 424,627 | 2.41% |
| 11/12/2004 | 19.50 | 375,745 | -0.26% |
| 11/15/2004 | 20.66 | 849,529 | 5.78% |
| 11/16/2004 | 20.42 | 252,308 | -1.17% |
| 11/17/2004 | 20.95 | 349,708 | 2.56% |
| 11/18/2004 | 21.20 | 241,808 | 1.19% |
| 11/19/2004 | 20.32 | 343,285 | -4.24% |
| 11/22/2004 | 20.48 | 161,935 | 0.78% |
| 11/23/2004 | 20.17 | 259,044 | -1.53% |
| 11/24/2004 | 20.09 | 235,157 | -0.40% |
| 11/26/2004 | 20.03 | 139,315 | -0.30% |
| 11/29/2004 | 19.86 | 349,121 | -0.85% |
| 11/30/2004 | 19.39 | 528,402 | -2.40% |
| 12/1/2004 | 20.08 | 507,220 | 3.50% |
| 12/2/2004 | 20.13 | 423,838 | 0.25% |
| 12/3/2004 | 20.88 | 518,738 | 3.66% |
| 12/6/2004 | 20.73 | 268,969 | -0.72% |
| 12/7/2004 | 19.81 | 302,839 | -4.54% |
| 12/8/2004 | 19.52 | 340,621 | -1.47% |
| 12/9/2004 | 19.58 | 413,507 | 0.31% |
| 12/10/2004 | 19.51 | 259,765 | -0.36% |
| 12/13/2004 | 19.88 | 533,385 | 1.88% |
| 12/14/2004 | 20.34 | 645,291 | 2.29% |
| 12/15/2004 | 20.76 | 526,944 | 2.04% |
| 12/16/2004 | 20.41 | 497,282 | -1.70% |
| 12/17/2004 | 20.53 | 844,845 | 0.59% |
| 12/20/2004 | 20.35 | 483,017 | -0.88% |
| 12/21/2004 | 20.90 | 429,437 | 2.64% |
| 12/22/2004 | 21.04 | 303,524 | 0.69% |
| 12/23/2004 | 20.86 | 326,061 | -0.86% |
| 12/27/2004 | 20.48 | 243,861 | -1.84% |
| 12/28/2004 | 20.64 | 287,539 | 0.78% |
| 12/29/2004 | 20.34 | 524,234 | -1.46% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 12/30/2004 | 20.68 | 289,197 | 1.66% |
| 12/31/2004 | 21.07 | 337,262 | 1.87% |
| 1/3/2005 | 20.44 | 512,632 | -3.04% |
| 1/4/2005 | 19.41 | 937,057 | -5.17% |
| 1/5/2005 | 18.79 | 719,006 | -3.25% |
| 1/6/2005 | 18.30 | 492,394 | -2.64% |
| 1/7/2005 | 18.60 | 512,265 | 1.63% |
| 1/10/2005 | 18.31 | 298,682 | -1.57% |
| 1/11/2005 | 18.09 | 358,322 | -1.21% |
| 1/12/2005 | 18.60 | 394,604 | 2.78% |
| 1/13/2005 | 18.25 | 706,563 | -1.90% |
| 1/14/2005 | 18.50 | 371,236 | 1.36% |
| 1/18/2005 | 18.77 | 407,781 | 1.45% |
| 1/19/2005 | 18.79 | 784,543 | 0.11% |
| 1/20/2005 | 18.50 | 628,296 | -1.56% |
| 1/21/2005 | 17.83 | 570,828 | -3.69% |
| 1/24/2005 | 17.08 | 914,832 | -4.30% |
| 1/25/2005 | 16.96 | 652,871 | -0.71% |
| 1/26/2005 | 17.43 | 498,775 | 2.73% |
| 1/27/2005 | 17.61 | 397,822 | 1.03% |
| 1/28/2005 | 17.14 | 428,507 | -2.71% |
| 1/31/2005 | 17.49 | 377,210 | 2.02% |
| 2/1/2005 | 17.24 | 567,240 | -1.44% |
| 2/2/2005 | 17.42 | 355,910 | 1.04% |
| 2/3/2005 | 17.44 | 398,904 | 0.11% |
| 2/4/2005 | 18.20 | 545,469 | 4.27% |
| 2/7/2005 | 18.37 | 1,002,433 | 0.93% |
| 2/8/2005 | 18.84 | 978,069 | 2.53% |
| 2/9/2005 | 18.73 | 735,157 | -0.59% |
| 2/10/2005 | 18.86 | 822,814 | 0.69% |
| 2/11/2005 | 16.96 | 5,679,122 | -10.62% |
| 2/14/2005 | 16.20 | 1,430,713 | -4.58% |
| 2/15/2005 | 16.13 | 1,012,802 | -0.43% |
| 2/16/2005 | 15.65 | 1,071,440 | -3.02% |
| 2/17/2005 | 15.11 | 887,065 | -3.51% |
| 2/18/2005 | 15.25 | 504,311 | 0.92% |
| 2/22/2005 | 15.03 | 515,031 | -1.45% |
| 2/23/2005 | 14.76 | 520,461 | -1.81% |
| 2/24/2005 | 14.72 | 619,974 | -0.27% |
| 2/25/2005 | 15.35 | 598,107 | 4.19% |
| 2/28/2005 | 14.96 | 574,828 | -2.57% |
| 3/1/2005 | 15.29 | 446,420 | 2.18% |
| 3/2/2005 | 14.94 | 578,987 | -2.32% |
| 3/3/2005 | 14.48 | 677,619 | -3.13% |
| 3/4/2005 | 14.39 | 709,796 | -0.62% |
| 3/7/2005 | 14.59 | 349,267 | 1.38% |
| 3/8/2005 | 14.36 | 181,633 | -1.62% |
| 3/9/2005 | 14.36 | 339,968 | 0.03% |

| Date | Veeco Stock Price | Veeco Volume | Veeco Logarithmic Return |
|---|---|---|---|
| 3/10/2005 | 14.26 | 322,915 | -0.70% |
| 3/11/2005 | 14.35 | 379,837 | 0.63% |
| 3/14/2005 | 14.28 | 412,909 | -0.49% |
| 3/15/2005 | 13.97 | 327,913 | -2.19% |
| 3/16/2005 | 14.27 | 842,952 | 2.12% |
| 3/17/2005 | 14.51 | 916,158 | 1.67% |
| 3/18/2005 | 15.11 | 1,761,218 | 4.05% |
| 3/21/2005 | 15.04 | 608,065 | -0.50% |
| 3/22/2005 | 14.90 | 542,317 | -0.90% |
| 3/23/2005 | 15.00 | 434,089 | 0.67% |
| 3/24/2005 | 14.95 | 315,065 | -0.33% |
| 3/28/2005 | 14.94 | 412,574 | -0.07% |
| 3/29/2005 | 14.62 | 403,750 | -2.17% |
| 3/30/2005 | 15.17 | 359,368 | 3.69% |
| 3/31/2005 | 15.05 | 422,534 | -0.79% |
| 4/1/2005 | 14.87 | 406,905 | -1.20% |
| 4/4/2005 | 14.81 | 213,309 | -0.40% |
| 4/5/2005 | 14.46 | 298,298 | -2.39% |
| 4/6/2005 | 14.66 | 296,194 | 1.37% |
| 4/7/2005 | 14.88 | 219,805 | 1.49% |
| 4/8/2005 | 14.72 | 235,583 | -1.08% |
| 4/11/2005 | 15.26 | 1,243,781 | 3.60% |
| 4/12/2005 | 15.35 | 555,656 | 0.59% |
| 4/13/2005 | 14.77 | 411,612 | -3.85% |
| 4/14/2005 | 14.30 | 489,827 | -3.23% |
| 4/15/2005 | 13.92 | 542,863 | -2.69% |
| 4/18/2005 | 13.89 | 643,225 | -0.22% |
| 4/19/2005 | 14.18 | 352,950 | 2.07% |
| 4/20/2005 | 14.30 | 1,062,905 | 0.84% |
| 4/21/2005 | 14.92 | 822,495 | 4.24% |
| 4/22/2005 | 14.70 | 657,670 | -1.49% |
| 4/25/2005 | 14.69 | 505,116 | -0.07% |
| 4/26/2005 | 14.11 | 758,696 | -4.03% |
| 4/27/2005 | 13.96 | 671,999 | -1.07% |
| 4/28/2005 | 13.46 | 436,475 | -3.65% |
| 4/29/2005 | 13.31 | 692,640 | -1.12% |
| 5/2/2005 | 13.03 | 590,393 | -2.13% |
| 5/3/2005 | 13.31 | 547,837 | 2.13% |
| 5/4/2005 | 13.51 | 403,023 | 1.49% |
| 5/5/2005 | 13.43 | 279,462 | -0.59% |
| 5/6/2005 | 13.48 | 475,218 | 0.37% |
| 5/9/2005 | 13.35 | 210,029 | -0.97% |
| 5/10/2005 | 13.29 | 183,469 | -0.45% |
| 5/11/2005 | 13.70 | 368,280 | 3.04% |
| 5/12/2005 | 13.58 | 263,840 | -0.88% |

Source: FT Interactive