UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
:
IN RE VEECO INSTRUMENTS INC. :
SECURITIES LITIGATION : 05 MD 1695 (CM)(GAY)
:
------------------------------------------------ x
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
:
:
------------------------------------------------ x

**DECLARATION OF JENNIFER C. HALTER IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S FIRST, SECOND AND THIRD MOTIONS *IN LIMINE***

(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER DATED MAY 16, 2006)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan*

June 13, 2007

JENNIFER C. HALTER declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a lawyer with the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan in this action.

2. Attached hereto as Exhibits are true and correct copies of the following:

| Exhibit No. | Description |
| --- | --- |
| A | Transcript of Hearing before the Honorable Colleen McMahon, dated Feb. 23, 2007 |
| B | Decision and Order of the Honorable George A. Yanthis, dated Jan. 24, 2007 |
| C | Decision and Order of the Honorable Colleen McMahon, dated Mar. 9, 2007 |
| D | Excerpts from the Revised Privilege Log of Veeco Instruments Inc., dated May 31, 2007 |
| E | Excerpts from the deposition transcript of Edward H. Braun, dated Feb. 23, 2007 |
| F | Excerpts from the deposition transcript of John F. Rein, dated Feb. 28, 2007 |

Executed on June 13, 2007

_____
Jennifer C. Halter