**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re VEECO INSTRUMENTS, INC. SECURITIES LITIGATION | : : : | Case No.: 7:05-md-01695 (CM)(GAY) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : | |

**EXHIBITS TO DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER**

**FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER DATED MAY 16, 2006**