# EXHIBIT B

Case 1:05-cv-07451-CM   Document 150-9   Filed 10/26/2007   Page 1 of 3

STATE OF TEXAS            )
                          )  ss:
CITY AND COUNTY OF DALLAS)

I, <u>Tiffany Cox</u>, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of <u>THE WALL STREET JOURNAL</u>, a daily national newspaper published and of general circulation in the City and County of New York, New York, City of Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas and that the attached Notice has been regularly published in <u>THE WALL STREET JOURNAL</u> for national distribution for <u>one</u> insertion(s) on the following date(s): <u>9/19/07</u> at the request of advertiser: <u>Veeco Instruments</u> and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

MITCHELL E. CHEATHAM
Notary Public, State of Texas
My Commission Expires
March 01, 2011

Sworn to before me this
1st day of Oct. 2007

_____
Notary Public

## CLASS ACTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re VEECO INSTRUMENTS INC.
SECURITIES LITIGATION

Case No.:
7:05-md-01695
(CM)(GAY)

THIS DOCUMENT RELATES TO ALL ACTIONS

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE SECURITIES OF VEECO INSTRUMENTS INC. ("VEECO") BETWEEN APRIL 26, 2004 AND FEBRUARY 10, 2005, INCLUSIVE ("THE CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that a hearing will be held on November 2, 2007 at 9:00 a.m., before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, to determine whether the proposed settlement (the "Settlement") of the above-captioned action ("Action") for $5,500,000 in cash should be approved by the Court as fair, reasonable and adequate; whether to award Lead Plaintiff's Counsel attorneys' fees, and reimbursement of expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below); whether to award Lead Plaintiff reimbursement of expenses for representation of the Class; and whether the Plan of Allocation should be approved by the Court.

IF YOU PURCHASED VEECO INSTRUMENTS INC. SECURITIES IN THE PERIOD DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION. To share in the distribution of the Settlement Fund, you must establish your rights by filing a Proof of Claim and Release Form on or before December 3, 2007. Your failure to submit your Proof of Claim and Release Form by December 3, 2007 will subject your claim to rejection and preclude your receiving any money in connection with the Settlement of this Action. If you are a Member of the Class and did not request exclusion from the Class, you will be bound by the Settlement and any judgment and Release entered in the Action, including, but not limited to, the Final Order, whether or not you submit a Proof of Claim and Release Form.

If you have not yet received the Notice, which more completely describes the Settlement and your rights thereunder, and a Proof of Claim and Release Form, you may obtain these documents by writing to: Claims Administrator, *Veeco Instruments Inc. Securities Litigation*, Heffler, Radetich & Saitta LLP, P.O. Box 59027, Philadelphia, PA 19102-9027.

You may also call (800) 768-8450. Inquiries should NOT be directed to Veeco, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice, Proof of Claim and Release Form, may be made to Plaintiff's Lead Counsel: Sherrie R. Savett, Esquire, Phyllis M. Parker, Esquire, Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103. (215) 875-3000.

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION BY OCTOBER 19, 2007, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE CLASS WILL BE BOUND BY THE SETTLEMENT ENTERED IN THE ACTION EVEN IF THEY DO NOT FILE A TIMELY PROOF OF CLAIM AND RELEASE FORM.

Dated: September 19, 2007

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

