# EXHIBIT C

Veeco Instruments Inc. Securities Litigation
Heffler, Redetich & Saitta LLP
    Sir:
        I WANT TO BE EXCLUDED FROM THE SETTLEMENT
IN Re Veeco Instruments Inc. Securities Litigation, Case No.:
7:05-md-016 (CM) (GAY).
    HAROLD P. HOUSER
    501 N. CAMDEN DR.
    FORT WAYNE, IN. 46825
    Phone: 260-471 3383

| description | buy | sold | receive | cost |
|---|---|---|---|---|
| Veeco Instr. | 06-07-04 | 04-27-06 | 2230.73 | 2603.00 |

    THANK YOU.

*Harold P. Houser* 09-20-07.

Veeco Instruments Inc. Securities Litigation
Heffler, Radetich & Saitta LLP
P.O. Box 59027
Philadelphia, PA 19102-9027

Harold Houser
501 N. Camden Dr.
Fort Wayne, IN 46825-5408

U.S. POSTAGE PAID
FORT WAYNE, IN
46805
SEP 21, 07
AMOUNT
$5.25
0002342601

19102

0000

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®

Apply Priority Mail Postage Here

United States Postal Service®

DELIVERY CONFIRMATION™

0306 1070 0004 1690 6719