# EXHIBIT C

```
Veeco Instruments Inc. Securities Litigation
Heffler, Redetich & Saitta LLP
        Sir:
                I WANT TO BE EXCLUDED FROM THE SETTLEMENT
IN Re Veeco Instruments Inc. Securities Litigation, Case No.:
7:05-md-016 (CM) (GAY).
           HAROLD P. HOUSER
           501 N. CAMDEN DR.
           FORT WAYNE, IN. 46825
           Phone: 260-471 3383

description     buy          sold        receive      cost
Veeco Instr.   06-07-04    04-27-06      2230.73     2603.00
          THANK YOU.
```

*Harold P. Houser* 09-20-07.

Veeco Instruments Inc. Securities Litigation
Heffler, Radetich & Saitta LLP
P.O. Box 59027
Philadelphia, PA 19102-9027

Harold Houser
501 N. Camden Dr.
Fort Wayne, IN 46825-5408

U.S. POSTAGE PAID
FORT WAYNE, IN
46805
SEP 21, '07
AMOUNT
$5.25
0002 3426-01

19102

0000

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

Apply Priority Mail Postage Here

United States Postal Service®

**DELIVERY CONFIRMATION™**

0306 1070 0004 1690 6719